UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
NO. 3:06CR164-W

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER FILED UNDER SEAL** |
| v. | |
| RONTREY ERIC DIGSBY, | ORDER |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's motion to Modify the Conditions of his Release filed "Under Seal" on January 24, 2007.

Currently the defendant is released from detention on the condition that he abide by a curfew from 10:00 p.m. until 6:00 a.m that is enforced by Pretrial Services either through electronic monitoring or a telephone voice recognition system and neither Probation nor the Government object to the deletion of those conditions.

**FOR GOOD CAUSE SHOWN**, the Motion to Modify Conditions of Release is **GRANTED**, that is, the conditions of curfew and electronic monitoring are hereby **STRICKEN**.

It is further Ordered, that the Motion from which this Order arises and this Order both shall be filed "Under Seal". The Clerk is directed to send copies of this Order to counsel for the defendant, counsel for the Government and Pretrial Services.

**SO ORDERED.**

Signed: January 24, 2007

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE