
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
NO. 3:06CR164-Whitney

| | |
|---|---|
| UNITED STATES OF AMERICA | [MOTION UNDER SEAL] |
| v. | MOTION TO APPROVE TRAVEL EXPENSES |
| RONTREY ERIC DIGSBY | |

Defendant has been removed from the Western District of North Carolina by Federal Agents and a Plea/Rule 11 hearing is scheduled for 9 a.m. on Thursday May 10, 2007 before this Court. Undersigned counsel wants to discuss the plea and procedure with the defendant before that hearing and it appears that it will be necessary for him to travel to the State of Georgia to do so.

Wherefore, undersigned appointed counsel prays this Court allow the filing of this motion under seal and enter an Order, under seal, approving reasonable travel expenses not to exceed $750.00.

Respectfully submitted this 3rd day of May, 2007.

Richard H. Tomberlin
Attorney for Defendant
N. C. State Bar No. 8060
301 S. McDowell Street, Suite 1210
Charlotte, North Carolina 28204
Telephone: (704) 373-09779