UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:06CR164 |
| v. | ) | |
| | ) | ORDER |
| RONTREY ERIC DIGSBY | ) | |
| | ) | |

**THIS MATTER** is before the court upon Defendant's Motion to Continue this matter from the October 26, 2007, term of court. All documents are to remain under seal.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this sentencing be scheduled for the next criminal term of court.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: October 23, 2007

Frank D. Whitney
United States District Judge