IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06CR164-W

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **O R D E R** |
| ) | |
| RONTREY ERIC DIGSBY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's "Motion To Unseal File" filed November 3, 2008 (doc. # 36). For the reason stated therein, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: November 3, 2008

Carl Horn, III
United States Magistrate Judge