

**NORTH CAROLINA WESTERN**

MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Judge

**From:** Timothy N Goodman
Senior United States Probation Officer

**Subject:** **DIGSBY, Rontrey**
Dkt. No. 3:06CR164
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC

SEP 9 2013

US District Court
Western District of NC

---

On 02/27/2008, the defendant was sentenced pursuant to a conviction for Possession of Firearm by Felon. He was placed on 3 years probation. That probation was subsequently revoked on 5/12/2011, and he was given time served to be followed by 3 years supervised release. His term of supervised release commenced on 05/12/2011. The following property was seized from the defendant during his supervision term: 1) four .223 caliber rounds; 2) one .45 caliber round; 3) one box of .380 ammo; 4) one box of .40 caliber ammo; and 5) a small amount of marijuana. These items were seized from the defendant's residence on 06/24/2013. The defendant's supervision was revoked on 07/29/2013. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7682, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____  _____9/5/13_____
Signature of Judicial Officer              Date